**IT IS ORDERED as set forth below:**

**Date: January 9, 2020**

_____

**Jeffery W. Cavender**
**U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE | : | CHAPTER 7 |
| | : | |
| **GUY MOUNT and** | : | CASE NO. **19-54780**-JWC |
| **SHANNON MOUNT**, | : | |
| | : | |
| Debtors. | : | |
| __ __ __ __ __ __ __ __ __ __ __ | : | __ __ __ __ __ __ __ __ __ __ __ __ |
| BRADLEY MATSUBARA and | : | |
| KRISTI MATSUBARA, | : | |
| | : | |
| Movant, | : | |
| | : | CONTESTED MATTER |
| v. | : | |
| | : | |
| GUY MOUNT, Debtor; and S. | : | |
| GREGORY HAYS, Trustee, | : | |
| | : | |
| Respondents. | : | |
| | : | |

**ORDER**

This matter came on for hearing January 9, 2020, on the *Motion for Relief from*

*Automatic Stay to Renew Judgment* ("Motion") filed December 15, 2019 by Bradley Matsubara and Kristi Matsubara ("Movants")(Doc. No. 38).  Movants seek relief from the automatic stay to allow them to exercise their right under non-bankruptcy law to renew a Judgment they hold against Debtor Guy Mount from the Superior Court of the State of California for the County of San Diego, Case No. 37-2009-00080985-CU-FR-CTL. (the "Judgment").  Movant, by counsel, filed a Certificate of Service and contends proper service of the Motion.  Neither Debtors nor Chapter 7 Trustee opposed the Motion; accordingly, it is hereby

ORDERED that the automatic stay imposed under 11 U.S.C. Section 362 is modified to the extent necessary to allow Movant to take all means necessary under non-bankruptcy law to initiate and complete the renewal process and preserve the Judgment.   The Court ORDERS that Rule 4001(a)(3) does not apply.

[END OF DOCUMENT]

PREPARED and PRESENTED BY:
The Law Office of
LEFKOFF, RUBIN, GLEASON &
RUSSO, P.C.
Attorneys for Movant


By:      /s/
   Craig B. Lefkoff
   Ga. State Bar No. 445045

5555 Glenridge Connector
Suite 900
Atlanta, Georgia  30342
(404) 869-6900
clefkoff@lrglaw.com

# DISTRIBUTION LIST

Craig B. Lefkoff, Esq.
Lefkoff, Rubin, Gleason & Russo, P.C.
5555 Glenridge Connector
Suite 900
Atlanta, Georgia  30342

Guy Mount
331 Glendale Ave
Decatur, GA 30030

Shannon Mount
331 Glendale Ave
Decatur, GA 30030

William A Rountree
Rountree Leitman & Klein, LLC
Century Plaza I
2987 Clairmont Road
Suite 175
Atlanta, GA 30329

S. Gregory Hays
Chapter 7 Trustee
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305